**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
PAMELA FOSTER,

                    Plaintiff,                  22 **CIVIL** 10145 (KMK)(VR)

      -against-                          **<u>JUDGMENT</u>**

MARTIN O'MALLEY, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

                    Defendant,

SOCIAL SECURITY ADMINISTRATION,

                    Interested Party
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Order dated September 09, 2024, the Report and Recommendation, dated

July 31, 2024, is ADOPTED in its entirety. Foster's Motion is denied, and the Commissioner's

Motion is granted; accordingly, this case is closed.

**Dated:**  New York, New York
       September 09, 2024

                                **DANIEL ORTIZ**
                        _____
                         **Acting Clerk of Court**

                **BY:**  _____
                            **Deputy Clerk**